# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

UNITED STATES OF AMERICA
V.

| | | |
|---|---|---|
| **Blanca Odilia Palacios-Cabrera** *Principal* | Guatemala | |
| A202 085 219  YOB: 1976 | | |
| **Santos Yuliana Alcocer-Mata** *Co-Principal* | the United Mexican States | |
| A202 085 218  YOB: 1987 | | |

**CRIMINAL COMPLAINT**

Case Number: **M-14-2121-M**

Southern District of Texas
FILED
NOV 04 2014
Clerk of Court

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **November 2, 2014** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did, *(Track Statutory Language of Offense)*

**knowing or in reckless disregard of the fact that Rolando Salvatierra-Marroquin and Henry Danilo Arreola, citizens and nationals of Guatemala, along with twenty-two (22) other undocumented aliens, for a total of twenty-four (24), who had entered the United States in violation of law, concealed, harbored or shielded from detection or attempt to conceal, harbor, or shield from detection such aliens in any place, including any building or means of transportation,**

in violation of Title **8** United States Code, Section(s) **1324(a)(1)(A)(iii)**

I further state that I am a(n) **U.S. Senior Border Patrol Agent** and that this complaint is based on the following facts:

On November 2, 2014, Intelligence Agents from the Weslaco Border Patrol Station received information from DPS Criminal Investigations Division via a concerned citizen. The information relayed was about a residence located at 6201 Chris Drive in Mission, Texas, that was possibly being used to harbor undocumented aliens.

Border Patrol Agents, DPS CID, and TX DPS Troopers arrived at the residence to conduct a knock and talk, and saw three subjects standing in the front yard of the house. When the three subjects noticed law enforcement pulling up to the house, they all ran into the house, leaving the front door ajar. Agents walked up to the front door and announced themselves. Ten people were visible inside of the house sitting in an unfurnished living room. Agents asked for the owner or caretaker to come to the front door so they could speak to her. Moments later, Maria Concepcion HERNANDEZ, a United States citizen arrived and granted consent to enter. Inside, agents found 24 undocumented aliens.
**SEE ATTACHED**

Continued on the attached sheet and made a part of this complaint: [X] Yes [ ] No

Signature of Complainant

Derek Conrow    Senior Patrol Agent
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

November 4, 2014                                    at   McAllen, Texas
Date                                                      City and State

Dorina Ramos                , U. S. Magistrate Judge
Name and Title of Judicial Officer                        Signature of Judicial Officer

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### McALLEN, TEXAS

### ATTACHMENT TO CRIMINAL COMPLAINT:

M-14-2121 -M

RE:     Blanca Odilia Palacios-Cabrera          A202 085 219
          Santos Yuliana Alcocer-Mata           A202 085 218

**CONTINUATION:**

Agents read HERNANDEZ her rights, and she stated the house was being used to harbor illegal aliens, but she was not the one harboring them. She told agents her sister, Yuliana, and another woman named Blanquita were the ones in charge of harboring. According to Maria, Yuliana and Blanquita had just left to the store a few minutes before law enforcement arrived. She told agents Blanquita was wearing tan shorts and a cutoff shirt.

While interviews were taking place, a concerned citizen notified Agents there were two women walking down a street nearby looking around and using their cell phones. The concerned citizen told agents one of the women was wearing tan shorts and a cutoff shirt.

Border Patrol Agents and DPS CID Agents found the two females who identified themselves as Blanca PALACIOS-Cabrera and Santos Yuliana ALCOCER-Mata. They both told agents they lived at the residence that Border Patrol was searching.

HERNANDEZ, PALACIOS, ALCOCER, and the 24 illegal aliens were taken into Border Patrol custody and transported to Weslaco Border Patrol station for processing.

NOTE: Maria Concepcion HERNANDEZ was not prosecuted due to a lack of information and material witnesses able to identify her as having participated in smuggling activities.

PRINCIPALS' STATEMENTS:

Both principals were read their rights. They both stated they were willing to provide statements without the presence of an attorney.

Blanca PALACIOS-Cabrera told agents she resides at 6201 Chris Drive in Mission, Texas. She stated she lives with a woman she calls Juliana. PALACIOS said Juliana is the one that rents the house. According to PALACIOS, it was her job to feed the 24 undocumented aliens that were found at the house. She was to be paid $200 (USD) per week. PALACIOS told agents Juliana would either bring aliens to the house herself or coordinate for someone else to drop of the illegal aliens at the house. Juliana was also responsible for bringing the food to the house so that PALACIOS could feed the illegal aliens. PALACIOS stated Juliana would receive the money from a man in Reynosa and pay her with that money. PALACIOS told agents Maria Concepcion HERNANDEZ did not having anything to do with harboring illegal aliens. She was only at the house to watch over her younger brothers and sisters. PALACIOS identified Santos Yuliana ALCOCER-Mata, AKA Juliana, in a photo lineup as the person who rented the house, and paid her for feeding the illegal aliens.

Santos Yuliana ALCOCER-Mata stated she does not live at 6201 Chris Drive. She stated PALACIOS lives at that location. According to ALCOCER, she arrived at the house the previous night with the intentions of spending the night. When she arrived, she saw 7 illegal aliens, whom she stated she has seen there for a week.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**McALLEN, TEXAS**

**ATTACHMENT TO CRIMINAL COMPLAINT:**

**M-14-2121-M**

| | | |
|---|---|---|
| RE: | Blanca Odilia Palacios-Cabrera | A202 085 219 |
| | Santos Yuliana Alcocer-Mata | A202 085 218 |

**CONTINUATION:**

During that week, ALCOCER's job was to bring them food. On the morning of her arrest, ALCOCER stated she woke up and there were 24 illegal aliens in the house, but she has no idea how they arrived. PALACIOS was the one who made arrangements to harbor illegal aliens with a man from Reynosa. ALCOCER told agents that the house is rented in PALACIOS's name.

ALCOCER stated she is unaware how much she has been paid or if she was going to be paid for her services, but she did tell agents the reason she was helping harbor illegal aliens was she needed the money. Approximately 50 illegal aliens have come and gone in the time she has been at the house.

MATERIAL WITNESSES' STATEMENTS:

Both material witnesses were read their rights. Both stated they were willing to provide statements without the presence of an attorney.

Rolando Salvatierra-Marroquin stated he was charged $22,500 (Quetzales) and $5,000 (USD) to be smuggled from Guatemala to Houston, Texas. After crossing the river, he was transported to a house and then to the house where he was arrested. He told agents there were two caretakers of the house. One of the woman (PALACIOS) fed them and gave them orders not to go outside of the house. The other woman (ALCOCER) would arrive at the house whenever she wanted and check up on the illegal aliens staying there. Salvatierra identified PALACIOS and ALCOCER in a photo lineup as the two caretakers of the house where he was arrested.

Henry Danilo Arreola stated he was charged $6,000 (USD) to be smuggled from Mexico to the United States. A vehicle picked him up and transported him to a house where he was arrested on this occasion. At that house there were two women in charge. He believes PALACIOS and ALCOCER were in charge because PALACIOS was the one who would give instructions, and ALCOCER was the one who would bring food and cook for the illegal aliens. Also, the two women were the only ones with freedom to leave the house. Arreola identified both PALACIOS and ALCOCER in photo lineups as the caretakers of the house.